■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BROWN, Appellant. [901 NYS2d 896]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Collini, J.), imposed March 28, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Eng and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY CLARK, Appellant. [899 NYS2d 904]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered December 16, 2008, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Skelos, J.P., Miller, Eng, Hall and Austin, JJ., concur.